WILLIAM A. DEGROOT, Respondent, v. BROOKLYN DAILY TIMES, Appellant.— Order denying defendant's motion to direct plaintiff to serve an amended complaint stating and numbering separately his alleged causes of action, or, in case such relief be not granted, to extend defendant's time to answer until ten days after the determination of the motion, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; plaintiff to serve such amended complaint within ten days from service of a copy of the order herein. The motion papers were served before defendant's time to answer had expired. Defendant had ten days, after service on it of a copy of the order denying its motion, within which to serve its answer and was not in default in pleading. (See Civ. Prac. Act, § 283.) The complaint states more than one cause of action and defendant is entitled to have them separately stated and numbered. Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.

GEORGE E. FULLER, Respondent, v. THE CREAMERY PACKAGE MANUFACTURING COMPANY, Appellant.— Judgment modified by reducing the verdict to the sum of $1,963.99, and as so modified unanimously affirmed, with costs to respondent. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of HONOUR B. GELSON, Respondent, for a Peremptory Mandamus Order against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Peremptory mandamus order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of JULIA CAROLINE JANIN and Others for Removal of FERDINAND C. TOWNSEND as Trustee under the Last Will and Testament of JACOB A. JANIN, Deceased, etc., in Consolidation with In the Matter of the Application of THE CITY BANK FARMERS TRUST COMPANY, Formerly Known as THE FARMERS LOAN AND TRUST COMPANY, for Leave to File and Settle the Account of Proceedings of THE CITY BANK FARMERS TRUST COMPANY, as Substituted Cotrustee with FERDINAND C. TOWNSEND under the Last Will and Testament of JACOB A. JANIN, Deceased, etc. FERDINAND C. TOWNSEND, Appellant; HELEN A. HIGGINS, Individually and as Administratrix, etc., of JACOB A. JANIN, JR., Deceased, and Others, Respondents.— Order confirming report of referee and directing distribution of estate unanimously affirmed, in so far as appealed from, with costs, payable by appellant personally. No opinion. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting.